IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              Crim. No.: 3:08cr23/LAC

JAMES PATRICK GLENN,
JAMES BRIAN GLENN
and
GERALD WAYNE McCOY

## RESTRAINING ORDER

This matter having come before the Court upon the Application of the United States for entry of a restraining order pursuant to Title 21, United States Code, Section 853, as incorporated by reference in Title 18, United States Code, Section 982; and it appearing to the satisfaction of this Court:

1. That on February 21, 2008, a federal Grand Jury in the Northern District of Florida returned an Indictment charging **JAMES PATRICK GLENN, JAMES BRIAN GLENN and GERALD WAYNE McCOY** with violations of Title 18, United States Code, Sections 371, 1956(h) and 208, and alleging that property named therein would, in the event of conviction, be subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

2.	That United States has moved, *ex parte*, for a Restraining Order pursuant to Title 21, United States Code, Section 853(e)(1)(A), as incorporated by reference in Title 18, United States Code, Section 982(b)(1), to preserve the status quo and prevent the said defendants, and their agents, servants, employees, attorneys, family members, and those persons in active concert or participation with them from selling, assigning, pledging, distributing, giving away, encumbering or otherwise participating in the disposal of, or removal from, the jurisdiction of this Court, with the intent to conceal and hide the property.

3.	That based upon the Indictment and the Application submitted by the United States, reasonable cause has been shown for the entry of a restraining order to preserve the property named in the Indictment.

**IT IS THEREFORE ORDERED** that this Restraining Order issue as to contents of the bank accounts as follows, not to exceed to $1,753,035.02:

| Name | Bank | Account Number |
|---|---|---|
| Finbar Technologies | Regions Bank (AmSouth) | 0036944165 |
| James B. Glenn | Regions Bank | 616621389 |
| James B. Glenn | Regions Bank | 5106641814 |
| James P. Glenn | Regions Bank | 5106642055 |
| James P. Glenn<br>James B. Glenn<br>Robert L. Glenn | Bank of America | 003769818860 |
| James P. Glenn<br>James B. Glenn<br>Donna M. Lohr | Regions Bank | 5106641806 |

| Name | Bank | Account Number |
|---|---|---|
| James P. Glenn<br>James B. Glenn | First Navy Bank | 71-233-7 |
| Gerald McCoy | Wells Fargo | 0954213260 |
| Gerald McCoy | Wells Fargo | 60245605180 |

**IT IS FURTHER ORDERED** that if any of the above-described property has been or is transferred or disposed of by any means after imposition of this Order, the above-named defendants shall account to the Court for the disposition and location of the property.

This Order shall remain in effect for ten (10) days, excluding intermediate Saturdays and Sundays, or until this Court modifies the Order as appears necessary in the interest of justice and consistent with the purposes of Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

**IT IS SO ORDERED** this 29th day of FEBRUARY, 2008.

M. Casey Rodgers
UNITED STATES DISTRICT JUDGE

3