IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                   Case No.  3:08cr23/LAC

JAMES PATRICK GLENN

---

### ORDER ADOPTING AND AMENDING CONDITIONS OF RELEASE

The defendant is charged by an indictment with offenses alleged to have been committed in this district.  At an initial appearance held on March 10, 2008,   it was determined that defendant should be released under the same conditions as were imposed at his initial appearance in the Middle District of Florida, Orlando Division in case no. 08-1065-01, with the following addition:

1. Defendant shall surrender his passport.

The following previously set condition shall be modified:

1.  Report as directed by the Pretrial Services Office via telephone each Monday before noon and fully comply with all instructions of the Pretrial Services Officer.

DONE and ORDERED in Pensacola, Florida on this 10th day of  March, 2008.

*/s/ Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE