## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                    CASE NO. 3:08CR23LAC

JAMES P. GLENN, JAMES B. GLENN,
and GERALD MCCOY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  MARCH 11, 2008
Motion/Pleadings: MOTION TO RELEASE ASSETS (specified in Court's Order dated 2/29/08)
Filed by  GOVERNMENT    on 3/10/2008    Doc.# 23

RESPONSES:

                                                  on     Doc.#
                                                  on     Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Mary Maloy*
LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of March, 2008, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

                                                        *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                        *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.