UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO.  3:08cr23 LAC

JAMES PATRICK GLENN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   MAY 28, 2008
Motion/Pleadings:  MOTION TO ADOPT APPLICABLE MOTIONS FILED BY CO- DEFTS
Filed by DEFT   on 5/27/08   Doc.# 52

RESPONSES:

on _____ Doc.# _____
on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of June, 2008, that:*
*(a) The relief requested is **GRANTED.***
*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.