**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS  CASE NO. 3:08cr23LAC

JAMES PATRICK GLENN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __July 1, 2008__
Motion/Pleadings: __MOTION FOR NEW TRIAL AND RENEWED MOTION FOR JUDGMENT OF ACQUITTAL__
Filed by __DEFENDANT__ on __6/20/08__ Doc.# __88__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)  Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 1st day of July, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.