**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                            CASE NO. 3:08cr23 LAC

JAMES PATRICK GLENN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 29, 2009
Motion/Pleadings:   MOTION FOR RELEASE OF BOND
Filed by  DEFT                            on 7/9/09         Doc.#  248

RESPONSES:

_____  on _____  Doc.# _____
_____  on _____  Doc.# _____

\_\_\_\_\_ Stipulated   \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed   \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of August, 2009, that:*
*(a) The relief requested is **GRANTED**.*
*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____  By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.