**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO. 3:08cr23 LAC

JAMES PATRICK GLENN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 29, 2009
Motion/Pleadings:  MOTION FOR RELEASE OF BOND
Filed by  DEFT   on 7/9/09   Doc.# 248

RESPONSES:

                                        on           Doc.#
                                        on           Doc.#

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed    \_\_\_\_\_ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Mary Maloy*
LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of August, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                      *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                       *Senior United States District Judge*

Entered On Docket: _____ By: \_\_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                      Document No.